FILED FEB 01 '05 14:55 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:

| | | |
|---|---|---|
| Bess Eaton Donut Flour Company<br>Debtor | : | Bk. No. 04-10630<br>Chapter 11 |
| Louis A. Gencarelli, Sr.<br>Debtor | : | Bk. No. 04-10682<br>Chapter 11 |

## NOTICE OF APPEAL

Notice is hereby given that Claimant, UPS Capital Business Credit (the "Creditor"), hereby appeals to the United States District Court for the District of Rhode Island from the Decision and Order Denying UPS Capital Business Credit's Claim Nos. 37 & 38 entered by the U.S. Bankruptcy Court for the District of Rhode Island on January 19, 2005.

UPS CAPITAL BUSINESS CREDIT

By its Attorneys

James R. Simmons, Esq. (#4035)
NADEAU & SIMMONS, P.C.
56 Pine Street
Providence, RI 02903
(401) 272-5800
(401) 272-5858 (fax)

G:\Joanne\PLEADING\besseatonnoticeofappeal.doc

FILED FEB 03 '05 15:07 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Bess Eaton Donut Flour Company | : | Bk. No. 04-10630 |
| | : | Chapter 11 |
| | : | |
| Louis A. Gencarelli, Sr. | : | Bk. No. 04-10682 |
| | : | Chapter 11 |

**CERTIFICATE OF SERVICE**

I, James R. Simmons of Nadeau & Simmons, P.C., counsel to UPS Capital Business Credit f/k/a First International Bank d/b/a First International Capital, a secured creditor in this proceeding, hereby certify that a copy of UPS Capital Business Credit's Motion Pursuant to Bankruptcy Rule 8002(c)(2) For Extension of Time for Filing a Notice of Appeal was mailed on the 3rd day of February, 2005, to those individuals listed on Exhibit A attached hereto.

UPS Capital Business Credit f/k/a First
International Bank d/b/a First International Capital
By its Attorneys,

James R. Simmons (#4035)
Richard Nadeau, Jr. (#2861)
NADEAU & SIMMONS, P.C.
56 Pine Street
Providence, RI 02903
(401) 272-5800
(401) 272-5858 (Telecopier)

In Re: Louis A. Gencarelli, Sr.
Bk. No. 04-10682

**SERVICE LIST**

Diane Finkle, Esquire
Winograd Shine & Zack, P.C.
123 Dyer Street
Providence, RI 02903

Leonard DePasquale, Esquire
United States Trustee
10 Dorrance Street, Suite 10
Providence, RI 02903

D. Ethan Jeffrey, Esq.
Hanify & King
One Beacon Street
Boston, MA 02110

Richard Kremen, Esq.
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, RI 02903

Michael P. Lynch, Esquire
117 High Street
PO Box 761
Westerly, RI 02891

Charles S. Sokoloff, Esq.
Eleven Thurber Blvd.
Smithfield, RI 02917

Matthew J. McGowan, Esquire
321 South Main Street, Suite 301
Providence, RI 02903

Joseph Ferrucci, Esq.
55 Pine Street, 4th Floor
Providence, RI 02903

Allan M. Shine, Esq.
Winograd Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

Harold B. Murphy, Esq.
Hanify & King
One Beacon Street
Boston, MA 02108-3107

Alfred Lane, Esq.
Executive Vice President
Development and General Counsel
Tim Horton's
874 Sinclair Road
Oakville, Ontario
CANADA L6K 1Y1

William G. Madsen, Esq.
Madsen Prestley Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Connecticut Dept. of Revenue
C and E Division
Bankruptcy Section
25 Sigourney Street
Hartford, CT 06106-5032

Department of the Treasury
Internal Revenue Service
Insolvency Unit, 4th Floor
380 Westminster Street
Providence, RI 02903

Porsche Financial Services
4343 Commerce Court, Suite 300
Lisle, IL 60532

In Re: Louis A. Gencarelli, Sr.
Bk. No. 04-10682

Transamerica Life Co.
P.O. Box 740559
Atlanta, GA 30374

Robert D. Wieck, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

Deanne Russo, Esq.
Mac Adams & Wieck
101 Dyer Street
Providence, RI 02903