*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

In Re: **Louis A. Gencarelli Sr.**

Debtor(s)

BK No. **1:04–bk–10682**

Chapter **11**

***ORDER GRANTING APPLICATION/MOTION (doc# 338 )***

***Re: M/Extend Time to 2/1/05 to file Notice of Appeal filed by UPS Capital Business***

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the within Application/Motion (doc. # 338 ) is GRANTED .

Judgment #: 1:04–bk–10682 – 347 – 338

***ORDER:***

BY: JLD
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **2/11/05**

Entered on Docket: **2/11/05**
Document Number: **347 – 338**

oaftconsid.jsp #145