NTCAPR, JNTADMN, APPEAL

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:04-bk-10682

*Assigned to:* Judge Arthur N. Votolato
Chapter 11
Voluntary
Asset

*Date Filed:* 03/03/2004

**Louis A. Gencarelli, Sr.**
2 Kidds Way
Watch Hill, RI 02891
SSN: xxx-xx-2343
***Debtor***

represented by **Christopher M. Mulhearn**
Ferrucci Russo PC
55 Pine Street 4th Floor
Providence, RI 02903-2841
(401) 455-1000
Fax : 455-7778

**Joseph P. Ferrucci**
Ferrucci Russo PC
55 Pine Street 4th Floor
Providence, RI 02903
(401) 455-1000
Fax : 455-7778

**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551
***U.S. Trustee***

**Creditors' Committee**
***Creditor Committee***

represented by **D. Ethan Jeffery**
Hanify & King
Professional Corporation
One Beacon Street
Boston, MA 02108-3107
(617)226-3410
Fax : (617)556-8985
Email: dej@hanify.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/06/2005 | 377 | Objection *(LIMITED) to the Debtor's Motion to Release Excess Sales Proceeds* Filed by U.S. Trustee Leonard DePasquale re 376 Motion For Authority filed by Debtor |

| | | |
|---|---|---|
| | | Louis A. Gencarelli). (DePasquale, Leonard) (Entered: 05/06/2005) |
| 05/03/2005 | 376 | Motion For Authority to Release a Portion of Excess Sales Proceeds to Debtor filed by Debtor Louis A. Gencarelli Sr. Objections to Motion Due: 5/16/2005. (Attachments: # (1) Memorandum of Law) (Davis, Jennifer) (Entered: 05/03/2005) |
| 04/27/2005 | | Hearing Held (related document(s)350 Motion to Reconsider filed by Debtor Louis A. Gencarelli). APPEARANCES: Mulhearn, Simmons, Pontacoloni. Court heard argument from James Pontacoloni and Christopher Mulhearn. After hearing, the Court found that it did not have jurisdiction to hear the motion. In the event of the appeal, the Court made an alternate holding that it found there was excusable neglect and denied the motion to reconsider. Order to be submitted by UPS Business Capital Due by: 5/9/2005. (Davis, Jennifer) (Entered: 04/28/2005) |
| 04/22/2005 | | Attorney Thomas J. Cronin (Local Counsel) added to case for UPS Capital Business Credit. (See #890 Order in BK# 04-10630) (Davis, Jennifer) (Entered: 04/22/2005) |
| 04/22/2005 | | Attorney Barbara A. Frederick added to case as Counsel for UPS Capital Business Credit. (See #895 Order in BK# 04-10630) (Davis, Jennifer) (Entered: 04/22/2005) |
| 04/22/2005 | | Attorney Edward J. Pontocaloni added to case as Counsel for UPS Capital Business Credit. (See #893 Order in BK# 04-10630) (Davis, Jennifer) (Entered: 04/22/2005) |
| 04/14/2005 | 375 | JUDGE TORRES Order Granting (#261 Motion for Leave to Appeal (re: 258 Notice of Appeal - C.A. No. 04-496T) AND 319 Motion for Leave to Appeal (re: 316 Notice of Appeal - C.A. No. 05-010T). **Per District Court, all appeals (04-496T, 05-09T AND 05-010T) will be consolidated for hearing. Judge Torres is expected to sign the order next week (a copy will be sent to Bankruptcy Court). The Parties will be filing a Joint Designation of Record regarding all appeals. The Designation of Record will be filed in DISTRICT COURT** (Davis, Jennifer) (Entered: 04/14/2005) |
| 04/01/2005 | 374 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 372 Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 04/01/2005. (Admin.) (Entered: 04/02/2005) |
| 03/31/2005 | 373 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 371 Order) Service Date 03/31/2005. (Admin.) (Entered: 04/01/2005) |
| 03/30/2005 | 372 | Hearing Continued re 350 Motion to Reconsider Order Granting Motion to Extend Time to file Notice of Appeal filed by Debtor Louis A. Gencarelli. Hearing continued to 4/27/05 at 9:30 a.m. at 6th Floor Courtroom by agreement of the parties. (Davis, Jennifer) (Entered: 03/30/2005) |
| 03/29/2005 | 371 | Order Approving (#370 Stipulation filed by Creditor Rosemarie L. Moreau, Debtor Louis A. Gencarelli Sr. and Bess Eaton Donut Flour Company Incorporated.) (Davis, Jennifer) (Entered: 03/29/2005) |
| | | |

| | | |
|---|---|---|
| | | and also global resolution of attorney fee issues. Matter continued. (Spaight, Linda) (Entered: 03/02/2005) |
| 02/27/2005 | 358 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 357 Order on Application for Interim Compensation, ) Service Date 02/27/2005. (Admin.) (Entered: 02/28/2005) |
| 02/25/2005 | 357 | Order Entered On Account Granting for Ferrucci Russo, P.C. Debtor's Attorney, fees awarded: $555,000.00 (including expenses) Re 336) Application For Interim Compensation in the amount of $555,000.00 (including expenses). This award is on account and will be reconsidered when final applications are ruled on by the Court (Davis, Jennifer) (Entered: 02/25/2005) |
| 02/24/2005 | | Hearing Held (related document(s)336 Application for Interim Compensation filed by Ferrucci, Russo, PC.). APPEARANCES: Ferrucci, DePasquale. Shine stated that he rested on his application. The U.S. Trustee has no objection to enhancement in this case given the results and speed, this case is exceptional. Court approved applications as filed. (Davis, Jennifer) (Entered: 02/25/2005) |
| 02/23/2005 | 356 | Terminate Document - ECF Error. **Incorrect case**. Document must be resubmitted in BK# 04-10630 (related document(s)354 Stipulation filed by Interested Party Bess Eaton Donut Flour Company Incorporated, Interested Party Tim Hortons (New England), Inc. and Creditor IKON Financial Services, Inc.). (Davis, Jennifer) (Entered: 02/23/2005) |
| 02/23/2005 | 355 | Hearing Rescheduled to 3:00 p.m. re 336 Application for Interim Compensation for Ferrucci Ruso, P.C., Debtor's Attorney. Hearing rescheduled for 2/24/2005 at 03:00 PM at 6th Floor Courtroom. (parties notified of time change via telephone notice) (Davis, Jennifer) (Entered: 02/23/2005) |
| 02/22/2005 | 354 | Stipulation By IKON Financial Services, Inc., Bess Eaton Donut Flour Company Incorporated, Tim Hortons (New England), Inc. Filed by Creditor IKON Financial Services, Inc., Interested Parties Bess Eaton Donut Flour Company Incorporated, Tim Hortons (New England), Inc. (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Louis A. Gencarelli). (Bertozzi, Edward) (Entered: 02/22/2005) |
| 02/18/2005 | 353 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 352 Hearing, ) Service Date 02/18/2005. (Admin.) (Entered: 02/19/2005) |
| 02/16/2005 | 352 | Hearing Set (re: 350 Motion to Reconsider Order Granting Motion to Extend Time to file Notice of Appeal filed by Debtor Louis A. Gencarelli). Hearing scheduled for 3/2/2005 at 09:30 AM at 6th Floor Courtroom. ***PLEASE NOTE: This Motion to Reconsider was originally filed as an Objection to Motion to Extend Time and Per Chambers, is being treated as a Motion to Reconsider*** (Davis, Jennifer) (Entered: 02/16/2005) |
| 02/16/2005 | 351 | Document terminated - (related document(s):349 Objection filed by Debtor Louis A. |

| | | |
|---|---|---|
| | | Gencarelli). ***Per Chambers, this Objection will being treated as a Motion to Reconsider -- Re-docketed as Motion to Reconsider -- See Doc 350. (Davis, Jennifer) (Entered: 02/16/2005) |
| 02/16/2005 | 350 | Motion to Reconsider filed by Debtor Louis A. Gencarelli Sr. (related document(s)347 Order Granting Motion to Extend Time to file Notice of Appeal). ***This pleading was originally filed as an Objection (doc 349 and Per Chambers, to be treated as a Motion to Reconsider*** (Davis, Jennifer) (Entered: 02/16/2005) |
| 02/14/2005 | 349 | Objection filed by Debtor Louis A. Gencarelli Sr. re 338 Motion to Extend Time filed by Creditor UPS Capital Business Credit). (Filed on 2/11/05) (Motion already granted) (Davis, Jennifer) (Entered: 02/14/2005) |
| 02/13/2005 | 348 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 347 Order on Motion to Extend Time) Service Date 02/13/2005. (Admin.) (Entered: 02/14/2005) |
| 02/11/2005 | 347 | Order Granting 338 Motion to Extend Time to: 2/1/05 to file Notice of Appeal filed by Creditor UPS Capital Business Credit. (Davis, Jennifer) (Entered: 02/11/2005) |
| 02/10/2005 | 346 | Request for Transcript re: Appeal filed by James R. Simmons on behalf of UPS Capital Business Credit (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit). Transcript Due by 3/14/2005. (Davis, Jennifer) (Entered: 02/10/2005) |
| 02/10/2005 | 345 | Certificate of Service (related document(s)343 Appellant Designation filed by Creditor UPS Capital Business Credit AND 344 Statement of Issues on Appeal filed by Creditor UPS Capital Business Credit). (Davis, Jennifer) (Entered: 02/10/2005) |
| 02/10/2005 | 344 | Statement of Issues on Appeal filed by James R. Simmons on behalf of UPS Capital Business Credit (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit). (Davis, Jennifer) (Entered: 02/10/2005) |
| 02/10/2005 | 343 | Appellant Designation of Contents For Inclusion in Record On Appeal filed by James R. Simmons on behalf of UPS Capital Business Credit (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit). Appellee designation due by 2/22/2005. Transmission of Designation Due by 3/14/2005. (Davis, Jennifer) (Entered: 02/10/2005) |
| 02/04/2005 | 342 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 337 Hearing) Service Date 02/04/2005. (Admin.) (Entered: 02/05/2005) |
| 02/04/2005 | 341 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 336 Interim Compensation, , filed by Debtor Louis A. Gencarelli) Service Date 02/04/2005. (Admin.) (Entered: 02/05/2005) |
| 02/03/2005 | 340 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 332 Notice of Appeal, filed by Creditor UPS Capital Business Credit) Service Date 02/03/2005. |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 02/04/2005) |
| 02/03/2005 | 339 | Court Notice to U.S. District Court enclosing (related document(s)338 Motion to Extend Time until 2/1/05 to file a Notice of Appeal filed by Creditor UPS Capital Business Credit). (Sent via regular mail). Status Check Due by: 2/17/2005. (Davis, Jennifer) (Entered: 02/03/2005) |
| 02/03/2005 | 338 | Motion to Extend Time until 2/1/05 to file a Notice of Appeal filed by Creditor UPS Capital Business Credit (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit). (Davis, Jennifer) (Entered: 02/03/2005) |
| 02/02/2005 | 337 | Hearing Set (re: 336 Application for Interim Compensation for Ferrucci Russo, P.C., Debtor's Attorney). Hearing scheduled for 2/24/2005 at 02:00 PM at 6th Floor Courtroom. **PLEASE NOTE TIME** (Davis, Jennifer) (Entered: 02/02/2005) |
| 02/02/2005 | 336 | Application for Interim Compensation for Ferrucci Russo, P.C., Debtor's Attorney. Period: 3/1/04 to 1/26/05, Fee: $555,000.00 (including expenses). Notice of Application served on all creditors. Filed by Attorney Joseph P. Ferrucci. Objections/Responses due by: 2/15/2005. (Attachments: #(1) C2; #(2) C3; #(3) re sale of assets; #(4) re engagement; #(5) re chapter 11 case administration; #(6) re litigation and claims resolution pps. 1-45; #(7) re litigation and claims resolution pps. 46-78; #(8) re costs) (Davis, Jennifer) (Entered: 02/02/2005) |
| 02/01/2005 | 335 | Court Notice to District Court re: transmission of appeal (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit). (Davis, Jennifer) (Entered: 02/01/2005) |
| 02/01/2005 | 334 | Certificate of Service (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit AND 333 District Court Election filed by Creditor UPS Capital Business Credit). (Davis, Jennifer) (Entered: 02/01/2005) |
| 02/01/2005 | 333 | Appellant District Court Election filed by James R. Simmons on behalf of UPS Capital Business Credit (related document(s)332 Notice of Appeal filed by Creditor UPS Capital Business Credit). (Davis, Jennifer) Additional attachment(s) added on 2/1/2005 (Venuti, Jody). (Entered: 02/01/2005) |
| 02/01/2005 | 332 | Notice of Appeal. Receipt Number 61585, Fee Amount $255 filed by James R. Simmons on behalf of UPS Capital Business Credit (related document(s)324 Decision and Order Sustaining Objection to Claims #37 & #38 filed by Claimant UPS Capital Business Credit). Statement of Issues on Appeal due by: 2/11/2005. Appellant Designation due by: 2/11/2005. (C.A. No. 05-39T) (Attachments: #(1) Receipt) (Davis, Jennifer) Modified on 2/3/2005 (Venuti, Jody). (Entered: 02/01/2005) |
| 01/31/2005 | 331 | Affidavit of Charles L. Germany (Accountant) (related document(s)312 Conditional Order). (See Affidavit for details) (Davis, Jennifer) (Entered: 01/31/2005) |
| 01/21/2005 | 330 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 324 Order on |