**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

In re:

Louis A. Gencarelli, Sr.

| | | |
|---|---|---|
| Louis A. Gencarelli, Sr.,<br>Appellant | : | |
| vs. | : | C.A. No. 05-00257-T<br>Bk. No. 04-10630<br>Bk. No. 04-10682 |
| UPS Capital Business Credit,<br>Appellee | : | |

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, Appellant Louis A. Gencarelli, Sr. ("Gencarelli") may have up to, and including, Tuesday, July 12, 2005, within which to object, or otherwise respond, to Appellee UPS Capital Business Credit's ("UPS") motion to dismiss Gencarelli's June10, 2005 notice of appeal relative to that certain appeal to the United States District Court for the District of Rhode Island from the Decision and Order of the Bankruptcy Court, dated June 1, 2005.

AGREED, CONSENTED AND STIPULATED TO:

Appellant Louis A. Gencarelli, Sr.
By his Attorneys,

Christopher M. Mulhearn (#5188)
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

Appellee UPS Capital Business Credit
By its Attorneys,

James R. Simmons (#4035)
Nadeau & Simmons, P.C.
56 Pine Street
Providence, RI 02903
Tel: (401) 272-5800
Fax: (401) 272-5858

Edward J. Pontacoloni
(Admitted Pro Hac Vice)
Barbara A. Frederick
(Admitted Pro Hac Vice)
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel: (860) 548-2600
Fax: (860) 548-2680

FILED