UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

In Re:

Louis A. Gencarelli, Sr.,

Louis A. Gencarelli, Sr.,

Appellant

vs.

UPS Capital Business Credit,

Appellee

C.A. No.: 05-00257-T
Bk. No. 04-10630
Bk. No. 04-10682

**Stipulation**

BY AGREEMENT OF THE PARTIES HERETO, appellant Louis A. Gencarelli, Sr. ("Gencarelli") may have up to, and including, Friday, July 15, 2005, within which to object, or otherwise respond, to appellee UPS Capital Business Credit's ("UPS") motion to dismiss Gencarelli's June 10, 2005 notice of appeal relative to that certain appeal to the United States District Court for the District of Rhode Island from the Decision and Order of the Bankruptcy Court, dated June 1, 2005.

AGREED, CONSENTED & STIPULATED TO:

Appellant Louis A. Gencarelli, Sr.

By his Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Appellee UPS Capital Business Credit

By its Attorneys,

James R. Simmons (#4035) | cmm per JRS
**Nadeau & Simmons, P.C.**
56 Pine Street
Providence, RI 02903
Tel.: (401) 272-5800
Fax.: (401) 272-5858

Edward J. Pontacoloni (*Admitted Pro Hac Vice*)
Barbara A. Frederick (*Admitted Pro Hac Vice*)
**Updike, Kelly & Spellacy, P.C.**
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel.: (860) 548-2600
Fax.: (401) 860 548-2680