# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

LOUIS A. GENCARELLI, SR.,
APPELLANT

vs. C.A. No. 05-257T

UPS CAPITAL BUSINESS
CREDIT,
APPELLEE

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered for the Appellee pursuant to the July 19, 2005 Order Granting the Appellee's Motion to Dismiss.

Enter:

Deputy Clerk

Dated: July 20, 2005

7