UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re:<br><br>Bess Eaton Donut Flour Company,<br><br>Debtor | Bk. No.: 04-10630<br>Chapter 11 |
| In Re:<br><br>Louis A. Gencarelli, Sr.,<br><br>Debtor | Bk. No.: 04-10682<br>Chapter 11 |
| Louis A. Gencarelli, Sr.,<br><br>Appellant<br><br>vs.<br><br>UPS Capital Business Credit,<br><br>Appellee | |

FILED JUN 20 '05 14:57 USBCRI

Louis A. Gencarelli, Sr.'s Designation of Record on Appeal

NOW COMES appellant Louis A. Gencarelli, Sr. ("Gencarelli"), by and through counsel, pursuant to Rule 8006 of the Bankruptcy Rules of Procedure, and hereby designates the record on appeal in connection with Gencarelli's June 10, 2005 notice of appeal relative to that certain appeal to the United States District Court for the District of Rhode Island from the Decision and Order of the Bankruptcy Court, dated June 1, 2005, by Votolato, J., in favor of claimants UPS Capital Business Credit ("UPS"), and against Gencarelli, upon the motion for reconsideration of

the Court's grant of UPS' motion to extend time to file notice of appeal, and the underlying UPS motion to extend time to file notice of appeal.

In accord with Rule 8006, Gencarelli designates the record on appeal as follows:

| Date: | Bankruptcy Docket No.: | Description: |
|---|---|---|
| 01/19/05 | 324 | Decision & order sustaining objection to Claims # 37 & 38 filed by claimant UPS Capital Business Credit |
| 01/19/05 | 325 | Judgment order (re: 324 Decision & order sustaining objection to Claims # 37 & 38 by claimant UPS Capital Business Credit |
| 01/01/05 | 332 | Notice of appeal. Receipt No. 61585, filed by James R. Simmons on behalf of UPS Capital Business Credit (re: documents 324 Decision & order sustaining objection to claims #37 & 38 filed by UPS Capital Business Credit) |
| 02/01/05 | 333 | Appellant District Court election filed by James R. Simmons on behalf of UPS Capital Business Credit (re: documents 332 NOTICE OF APPEAL FILED BY CREDITOR ups Capital Business Credit) |
| 02/01/05 | 335 | Court notice to District Court re: transmission of appeal (re: 332 notice of appeal filed by creditor UPS Capital Business Credit) |
| 02/03/05 | 338 | Motion to extend time until 02/01/05 to file notice of appeal filed by creditor UPS Capital Business Credit (re: documents 332 notice of appeal filed by creditor UPS Capital Business Credit) |
| 02/10/05 | 343 | Appellant designation of contents for inclusion in record on appeal filed by James R. Simmons on behalf of UPS Capital Business Credit (re: document 332 notice of appeal filed by creditor UPS Capital Business Credit) |
| 02/10/05 | 344 | Statement of issues on appeal filed by James R. |

| | | |
|---|---|---|
| | | Simmons on behalf of UPS Capital Business Credit (re: document 332 notice of appeal filed by creditor UPS Capital Business Credit) |
| 02/10/05 | 346 | Request for transcript re: appeal filed by James R. Simmons on behalf of UPS Capital Business Credit (re: documents 332 notice of appeal filed by creditor UPS Capital Business Credit) |
| 02/11/05 | 347 | Order granting 338 motion to extend time to:02/01/05 to file notice of appeal filed by creditor UPS Capital Business Credit |
| 02/14/05 | 349 | Objection filed by Louis A. Gencarelli, Sr. re: 338 motion to extend time filed by creditor UPS Capital Business Credit (filed on 02/11/05) |
| 02/16/05 | 350 | Motion to reconsider filed by debtor Louis A. Gencarelli, Sr. (re: documents 347 order granting motion to extend time to file notice of appeal (This pleading was originally filed as an objection re: document 349 and per chambers, to be treated as a motion to reconsider) |
| 02/16/05 | 351 | Document terminated - (re: document 349 objection filed by debtor Louis A. Gencarelli, Sr.; per chambers, this objection will be treated as a motion to reconsider - re-docketed as motion to reconsider, see document 350) |
| 02/16/05 | 352 | Hearing set (re: 350 motion to reconsider order granting motion to extend time to file notice of appeal filed by debtor Louis A. Gencarelli, Sr. - hearing scheduled for 03/02/05, at 9:30 a.m.) |
| 03/02/05 | 359 | Hearing held and continued re: 350 motion to reconsider 347 order granting motion to extend time to file notice of appeal filed by debtor Louis A. Gencarelli, Sr. - hearing scheduled for 03/16/05, at 9:30 a.m. |
| 03/16/05 | 361 | Hearing held and continued re: 350 motion to reconsider 347 order granting motion to extend time to file notice of appeal filed by debtor Louis A. |

| | | |
|---|---|---|
| | | Gencarelli, Sr. (APPEARANCES: Mulhearn; per Mulhearn, he received a phone call from Simmons the day before asking if he would agree to a continuance; Mulhearn advises the Court that he has no objection to a continuance • Court continues the matter to 03/30/05, at 9:30 a.m.) |
| 03/18/05 | 362 | Transcript uploaded by Transcriber Company re: hearing on 12/15/04 |
| 03/18/05 | 363 | Transcript uploaded by Transcriber Company re: hearing held on 12/22/04 |
| 03/18/05 | 365 | Letter filed by Attorney James R. Simmons enclosing copies of items designated (re: document 343 appellant designation filed by creditor UPS Capital Business Credit re: 332 notice of appeal) |
| 03/21/05 | 368 | Transmittal of record on appeal to U.S. District Court (re: document 332 notice of appeal filed by creditor UPS Capital Business Credit) |
| 03/30/05 | 372 | Hearing continued re: 350 motion to reconsider order granting motion to extend time to file notice of appeal filed by debtor Louis A. Gencarelli, Sr.; hearing continued to 04/27/05, at 9:30 a.m. |
| 04/27/05 | | Hearing held (re: document 350 motion to reconsider filed by debtor Louis A. Gencarelli, Sr.; Court heard argument from counsel; after hearing, the Court found that it did not have jurisdiction to hear the motion; in the event of the appeal, the Court made an alternate holding that it found there was excusable neglect and denied the motion to reconsider |
| 05/06/05 | 378 | Proposed order after hearing filed by creditor UPS Capital Business Credit (re: document 350 motion to reconsider filed by debtor Louis A. Gencarelli, Sr.) |
| 05/10/05 | 379 | Objection filed by Louis A. Gencarelli, Sr. re: 378 proposed order after hearing filed by creditor UPS Capital Business Credit |

| | | |
|---|---|---|
| 05/16/05 | 382 | Judge's order requesting supporting memorandum from debtor Louis A. Gencarelli, Sr. (re: 379 objection filed by debtor Louis A. Gencarelli, Sr. to # 378 proposed order re: 350 motion to reconsider) |
| 05/23/05 | 385 | Memorandum of law filed by debtor Louis A. Gencarelli, Sr. supporting 379 objection filed by debtor Louis A. Gencarelli, Sr. to 378 proposed order after hearing filed by creditor UPS Capital Business Credit |
| 05/26/05 | 387 | Objection filed by creditor UPS Capital Business Credit re: 379 objection filed by debtor Louis A. Gencarelli, Sr., 385 memorandum of law filed by debtor Louis A. Gencarelli, Sr. |
| 06/01/05 | 388 | Order denying motion to reconsider (re: document #350) |
| 06/01/05 | 389 | Document terminated (re: document 378 proposed order after hearing filed by creditor UPS Capital Business Credit) |
| 06/10/05 | 396 | Notice of appeal. Receipt No. 62347, filed by Christopher M. Mulhearn, Esq. on behalf of Louis A. Gencarelli, Sr. (re: document 388 order denying motion to reconsider) |
| 06/10/05 | 397 | Appellant District Court election filed by Christopher M. Mulhearn, Esq. on behalf of debtor Louis A. Gencarelli, Sr. (re: document 396 notice of appeal filed by debtor Louis A. Gencarelli, Sr.) |
| 06/10/05 | 398 | Court notice forwarding U.S. District Court (re: documents 396 notice of appeal filed by debtor Louis A. Gencarelli, Sr.) |
| 06/13/05 | 400 | Transcript re: appeal filed by Christopher M. Mulhearn, Esq. on 06/10/05; Transcript ordered on 06/13/05 through J & J Transcribers |

Respectfully submitted,

Louis A. Gencarelli

By his Attorneys,

Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: June 20, 2005

## Certification

I hereby certify that on this 20th day of June, 2005, I served a true and accurate copy of the foregoing upon the following by first-class, postage prepaid mail:

**James R. Simmons, Esq.**
Nadeau & Simmons, P.C.
56 Pine Street
Providence, RI 02903

**Edward G. Pontacoloni, Esq.**
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
Hartford Steam Boiler Building
Hartford, CT 06103

**Allan M. Sine, Esq.**
**Diane Finkle, Esq.**
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

**Leonard DePasquale, Esq.**
United States Trustee
10 Dorrance Street, Suite 910
Providence, RI 02903

Darlene Morris